IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 07, 2006
THOMAS K. KAHN
CLERK

_____

No. 05-15700
Non-Argument Calendar

_____

D. C. Docket No. 05-10011-CR-KMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN VILLEMS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(September 7, 2006)**

Before DUBINA, HULL and WILSON, Circuit Judges.

PER CURIAM:

After consideration of the parties's briefs and review of the record, we find

no clear error in the district court's enhancement of Villems's sentence based on his role as a leader and organizer of the conspiracy to commit access device fraud. The undisputed facts in the presentence investigation report and the facts admitted at the plea colloquy reflect that Villems exercised decision-making authority, recruited accomplices, and was very involved in planning and organizing the conspiracy. Further, he exercised control over Katrin Pitkmann, and the conspiracy involved at least five participants. Thus, we affirm Villems's sentence.

**AFFIRMED.**